IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01776-CMA-KLM

JESSE DOSHAY,

     Plaintiff,

v.

WEST ASSET MANAGEMENT, INC., a Delaware corporation,

     Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

     Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 9), it is

     ORDERED that the Complaint and cause of action are dismissed with prejudice, each party to pay his or its own attorney's fees and costs.

     DATED:  September 10, 2012

                                                 BY THE COURT:

                                                 *(signature)*

                                                 _____
                                                 CHRISTINE M. ARGUELLO
                                                 United States District Court Judge